UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Case No.  07-cr-01/02/03-SM

Tai Tuan Nguyen,
Nu T. Tran, and
Quoc My Tran

## O R D E R

Defendant Nguyen's motion to continue the final pretrial conference and trial is granted  (document 16).   Trial has been rescheduled for the June 2007 trial period.   Defendant Nguyen shall file a waiver of speedy trial rights not later than March 2, 2007.   On the filing of such waivers, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant s in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 24, 2007 at 4:00 p.m.

**Jury Selection**:  June 5, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 22, 2007

cc:  James D. Gleason, Esq.
     Michael Iacopino, Esq.
     Michael R. Smith, Esq.
     Jennifer C. Davis, AUSA
     US Probation
     US Marshal