UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                        Case No.  07-cr-11-01/02/03-SM

Tai Tuan Nguyen,
Nu T. Tran, and
Quoc My Tran

### O R D E R

Defendant Nguyen's motion to continue the final pretrial conference and trial is granted (document 22).   Trial has been rescheduled for the September 2007 trial period.   Defendant Nguyen has filed a waiver of speedy trial rights.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant s in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August   24, 2007 at 10:00 a.m.

**Jury Selection**: September 5, 2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

April 25, 2007

cc:   James D. Gleason, Esq.
      Michael Smith, Esq.
      Michael Iacopino, Esq.
      Jennifer C. Davis, AUSA
      US Probation
      US Marshal